E-FILED
Sunday, 27 October, 2024 02:07:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CHAPIN S. LANGENHEIM,<br><br>Plaintiff,<br>v.<br><br>WOLFRAM RESEARCH,<br><br>Defendant. | 23 CV 2227 |

AGREEDMOTION TO SET FOR SETTLEMENT CONFERENCE

Plaintiff, CHAPIN S. LANGENHEIM, by and through her attorney, JONATHAN LUBIN, hereby moves to set this matter for a settlement conference, stating:

1. The parties are in agreement that a settlement conference would help resolve this matter.
2. They therefore request that this matter be transferred to the magistrate judge, who already is overseeing discovery, for the purpose of holding a settlement conference.
3. A proposed agreed order is attached here.

WHEREFORE, Plaintiff requests that this Honorable Court set this matter for a settlement conference or enter the proposed agreed order attached here.

Respectfully Submitted,

s/Jonathan Lubin
Attorney for Plaintiff

Jonathan Lubin
8800 Bronx Ave
Suite 100H
Skokie, IL 60077
773 954 2608
jonathan@lubinlegal.com