E-FILED
Tuesday, 29 October, 2024 03:29:22 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **CHAPIN S. LANGENHEIM**, | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:23-cv-02227** |
| **v.** | ) | |
| | ) | **Honorable Colin Stirling Bruce** |
| **WOLFRAM RESEARCH** | ) | **Magistrate Eric I. Long** |
| **Defendant.** | ) | |
| | ) | |

**UNOPPOSED MOTION TO WITHDRAW THE APPEARANCE OF**
**JEFFREY D. ILES BY DEFENDANT WOLFRAM RESEARCH**

Defendant, Wolfram Research ("Defendant""), by and through their undersigned attorneys, Jane M. McFetridge and Alexander S. Dahle of Jackson Lewis P.C., hereby requests the Court's permission to withdraw Jeffrey D. Iles' Appearance on behalf of the Defendant. In support of this motion, Defendant states as follows:

1. Jeffrey D. Iles was one of the attorneys serving as counsel for the Defendant in this case.

2. April 26, 2024 was Jeffrey D. Iles' last day of employment with Jackson Lewis P.C. As such, he is no longer involved with the defense of this matter.

3. Attorneys Jane M. McFetridge and Alexander Dahle have their appearances for the Defendant on file and have been actively involved in this litigation.

4. Jeffrey Iles has requested that his appearance on this matter be withdrawn. The withdrawal of his appearance will not prejudice either party nor will it delay the litigation.

5. Plaintiff's counsel Jonathan Lubin does not oppose this motion.

4. Therefore, the movant requests that Jeffrey D. Iles' appearance be withdrawn.

WHEREFORE, Defendant requests that this Honorable Court grant their Motion to withdraw Jeffrey D Iles' Appearance.

Dated: October 29, 2024

Respectfully submitted,

**Defendant, WOLFRAM RESEARCH**

By: /s/ Jane M. McFetridge
One of its Attorneys

Jane M. McFetridge
**Jackson Lewis P.C.**
150 N. Michigan Avenue
Suite 2500
Chicago, IL 60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995

**CERTIFICATE OF SERVICE**

I, Jane M. McFetridge, certify that on October 29, 2024, I caused a true and correct copy of **Motion to Withdraw the Appearance of Jeffrey D. Iles by Defendant Wolfram Research** was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record via the Court's electronic filing system. Parties may access this filing through the Court's system.

Jonathan Lubin
Lubin Legal
8800 Bronx Ave
STE 100-H
Skokie, IL 60077
jonathan@lubinlegal.com

and

Jeffrey D. Iles
Littler
321 N. Clark St
STE 1100
Chicago, IL 60654
jiles@littler.com

By: /s/ Jane M. McFetridge
One of the Attorneys for Defendant