E-FILED
Friday, 20 December, 2024 10:31:51 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

**CHAPIN S. LANGENHEIM,**

**Plaintiff,**

**v.**

**WOLFRAM RESEARCH,**

**Defendants.**

**No. 23-2227**

**ORDER FOLLOWING REPORT OF SETTLEMENT**

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The parties are hereby directed to file with the court a stipulation of dismissal signed by both parties by **January 23, 2025.**

2. All time tables and scheduled hearings are VACATED until further order.

3. Any pending motions in this case are rendered MOOT. If settlement does not occur, the parties can request that the motions be reinstated.

ENTERED this 19th day of December, 2024.

s/ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE